[No. 17772-9-I.   Division One.   September 21, 1987.]

NANCY A. HENDRICKS, *Individually and as Personal Representative, Appellant,* v. HEALTH TREATMENT & SERVICE CONSULTANTS, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 84-2-05766-1, David C. Hunter, J., entered December 6, 1985. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Dolliver and Enyeart, JJ. Pro Tem.

[Nos. 19974-9-I; 19981-1-I.   Division One.   September 21, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD WARRINGTON GREENE, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 86-8-02234-3, Jerome M. Johnson, J., entered January 27, 1987. *Affirmed* by unpublished per curiam opinion.

[No. 20304-5-I.   Division One.   September 21, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICIA RENEE STIERLE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-8-03408-2, Jerome M. Johnson, J., entered March 30, 1987. *Reversed* by unpublished per curiam opinion.